OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

FILE COPY

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-13-00333-CR

PD-0592-15

7/10/2015

WALKER, WILBERT                Tr. Ct. No. 12CR-115

On this day, this Court has granted the Appellant's Pro Se Motion to Suspend Rule 9.3(b) T.R.A.P.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 13 2015

TYLER TEXAS
CATHY S. LUSK, CLERK